**LAW OFFICE OF PHIL HINEMAN, P.C.**
207 West Second Street
Yuma, Arizona 85364
Phone: (928) 341-9600
Fax: (928) 341-9603

Phil Hineman – 011887
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>JOSE LUIS GOMEZ and<br>MARIA LUISA MONREAL-GOMEZ, | In proceedings under<br>Chapter 13<br><br>Case No.  0:09-bk-10313 JMM<br>Adv No.  0:09-ap-00799 JMM |
| JOSE LUIS GOMEZ and<br>MARIA LUISA MONREAL-GOMEZ,<br><br>           Plaintiffs,<br><br>vs.<br><br>AEA FEDERAL CREDIT UNION, its successors and/or assigns,<br><br>           Defendants. | **COMPLAINT TO DETERMINE SECURED STATUS** |

Plaintiffs, JOSE GOMEZ and MARIA MONREAL-GOMEZ, Debtors in the above-entitled bankruptcy proceeding, by and through their undersigned attorney, Phil Hineman, hereby allege as follows:

1. Plaintiffs have an interest in the real property ("the property") located at 3640 E. County 17th St., Yuma, AZ 85364, and legally described as:

   **SECT, TWN, RNG: 1-10S-23W DESC: PT OF SE4SW4SE4 BEG AT SE COR TH W ON SEC LINE 1320.81' TH CONT W ON SEC LINE 330.20' TO TRUE E POB TH CONT W ON SEC LINE 330.20' TH N 324' TH SE 354.16'**

2. Pursuant to a Note and Deed of Trust dated January 3, 2008, Defendant, AEA FEDERAL CREDIT UNION, its successors and/or assigns ("AEA"), alleges that Plaintiffs owe a debt to Defendant that

1. has a balance of approximately $48,288.03, (Ex. A1 & A2).

2. 3. AEA claims a security interest in the property.

3. 4. This Court has jurisdiction to determine the secured status of Defendant pursuant to 11 U.S.C. § 506.

5. 5. The property is encumbered by a first position lien in the approximate amount of $244,523.63 held by Wells Fargo Home Mortgage ("Wells Fargo"), evidenced by a Note and Deed of Trust recorded in the office of the County Recorder of Yuma County, (Ex. B1 and B2).

6. 6. The current market value of the property is approximately $218,000.00. (Appraisal of the property by Alliance Appraisal Service dated February 9, 2009). (Ex. C).

7. 7. AEA's second mortgage claim is an unsecured claim because: (1) its Deed of Trust is junior to the first Deed of Trust held by Wells Fargo, and (2) the amount of the loan secured by the first Deed of Trust is greater than the value of the residence, *i.e.*, the first lienholder, Wells Fargo, has a secured claim of approximately $244,523.63, while the value of the residence is $218,000.00.

8. 8. AEA's second mortgage is unsecured to the extent of $48,288.03. Therefore, AEA should be treated as an unsecured creditor for the entire amount determined to be due Defendant on their second mortgage.

WHEREFORE, Plaintiffs pray that this Court determine that Defendant AEA's secured interest in the subject property is non-existent; that Defendant AEA is an unsecured creditor to the extent of the lien; and that the Deed of Trust executed by the Debtors to Defendant is discharged.

Dated this <u>17th</u> day of July, 2009.

                                        <u>/s/ Phil Hineman</u>
                                        Phil Hineman
                                        Attorney for Debtor

Copy of the foregoing mailed
this ____ day of July, 2009,
to the following:

Russell Brown
Chapter 13 Trustee
3838 N Central Ave Ste 800
Phoenix AZ 85012-1965

AEA Federal Credit Union
275 W 17th Pl
Yuma AZ 85364

Mark S Bosco
TIFFANY & BOSCO PA
2525 E Camelback Rd Ste 300
Phoenix AZ 85016