TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-14598/1-34249

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jose Luis Gomez and Maria Luisa Monreal-Gomez<br><br>Debtors.<br><br>AEA Federal Credit Union<br><br>Secured Creditor,<br>vs.<br><br>Jose Luis Gomez and Maria Luisa Monreal-Gomez, Debtors; Russell Brown, Trustee.<br><br>Respondents. | Adversary Case No. 0:09-ap-00799-JMM<br><br>**Bankruptcy Case No. 0:09-bk-10313-JMM**<br><br>Chapter 13<br><br>**RESPONSE TO DEBTOR'S COMPLAINT TO COMPLAINT TO DETERMINE SECURED STATUS** |

AEA Federal Credit Union, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the debtor's adversary complaint filed by the Debtor for the following reasons:

1. Defendant admits the allegations in Paragraph 1 of the Complaint.

2. Defendant admits the allegations in Paragraph 2 of the Complaint.

3. Defendant admits the allegations in Paragraph 3 of the Complaint.

4. Defendant admits the allegations in Paragraph 4 of the Complaint.

5. Defendant admits the allegations in Paragraph 2 of the Complaint.

6. The allegations contained in paragraph 6 of the Complaint are denied. Based on a Broker's Price Opinion (BPO), Defendant believes the fair market value of the property to be equal to or in excess of $250,000.00.

7. The allegations contained in paragraph 7 of the Complaint are generalized statements of opinion and/or legal opinions and conclusions. These allegations are therefore denied. To the extent this paragraph contains any factual allegations, Defendant is without information or belief sufficient to admit or deny the allegations and therefore denies the same.

8. The allegations contained in paragraph 8 of the Complaint are generalized statements of opinion and/or legal opinions and conclusions. These allegations are therefore denied. To the extent this paragraph contains any factual allegations; Defendant is without information or belief sufficient to admit or deny the allegations and therefore denies the same.

WHEREFORE, Defendant respectfully requests that this Court declare that AEA has a secured interest in the property, that AEA is indeed a secured creditor to the extent of the lien, and deny the relief requested by Plaintiff.

DATED this 9th day of October, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorneys for Secured Creditor

COPY of the foregoing mailed
October 9, 2009 to:

Jose Luis Gomez and Maria Luisa Monreal-Gomez
3640 E. County 17th St.
Yuma, AZ 85365
Debtors

Phil Hineman
207 West 2nd Street
Yuma, AZ 85364
Attorney for Debtors

Russell Brown
Chapter 13 Trustee
3838 N Central Ave Ste 800
Phoenix AZ 85012-1965
Trustee

By: April Crane